# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA DIVISION
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                                  **CASE NO.5:94CR5036-SPM/AK**

**JESUS MEJIA,**

    Defendant.

_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Defendant's amended motion to vacate. Doc. 325. Defendant was convicted of various drug offenses and was sentenced on December 4, 1995, to a term of 270-months imprisonment. Doc. 201.

On this occasion, Defendant maintains that he has been subjected to an unconstitutionally enhanced sentence under the Sentencing Guidelines in contravention of *Booker* and argues that the motion is timely under § 2255(2), (3), and (4). Doc. 323.

Following its decision in *Blakely v. Washington*, which involved the constitutionality of state sentencing guidelines, the United States Supreme Court determined that *Blakely* applies to the Federal Sentencing Guidelines as well. *United States v. Booker*, ____ U.S. ____, 124 S.Ct. 2519, 159 L.Ed. 2d 442 (2004). However,

the Eleventh Circuit has recently determined that *Booker* is not retroactively applicable to cases on collateral review, as "*Booker*'s constitutional rule falls squarely under the category of new rules of criminal procedure that do not apply retroactively to § 2255 cases on collateral review." *Varela v. United States*, 400 F.3d 864, 868 (11th Cir. 2005). Defendant's patently untimely claims are therefore not saved by *Booker*.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That Defendant's amended motion to vacate, Doc. 325, be **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this 6th day of August, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**Case No.5:94cr5036-spm/ak**