IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs                                                    CASE NO.: 5:94cr5036-SPM

JESUS MEJIA,

       Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated August 7, 2007 (doc. 337).  Defendant has been furnished a copy of the report and recommendation and filed objections  (doc. 340).  Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted by the Court.

Defendant's § 2255 motion was not timely filed and his Booker[1] issues are not cognizable on collateral review.  Varela v. United States, 400 F.3d. 864, 868 (11th Cir. 2005).  Furthermore, Defendant cannot state a viable ineffective of assistance of counsel claim based on his lawyer's failure to make a Booker argument.  United States v. Ardley, 273 F.3d 991, 993 (11th Cir. 2001).

_____

[1] United States v. Booker, 543 U.S. 738 (2005).

Page 2 of 2

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 337) is

ADOPTED and incorporated by reference in this order.

2.     Defendant's motion to vacate, set aside, or correct sentence

(doc. 325) is denied.

DONE AND ORDERED this 13th day of September, 2007.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

CASE NO.: 5:94cr5036-SPM