IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs                                                          CASE NO.: 5:94cr5036-SPM

JESUS MEJIA,

    Defendant.
_____/

**ORDER DENYING RULE 60(b) MOTION FOR RELIEF FROM JUDGMENT**

This cause comes before the Court on Defendant's Rule 60(b) Motion for Relief From Judgment. Doc. 361. Defendant complains about the Court's denial of his § 2255 motion, and argues that the Court erred by finding that the motion was untimely.

Defendant's § 2255 motion was denied because the new rule of constitutional law announced in Booker[1] does not apply retroactively to cases on collateral review. Varela v. United States, 400 F.3d. 864, 868 (11th Cir. 2005). Therefore, the decision does not begin a one-year time limitation for filing under § 2255. Hicks v. United States, No. 04-15051, 2005 WL 2077736, at *2, 146 Fed. Appx. 396, 398 (11th Cir. Aug. 29, 2005). The Court also noted that Defendant

---

[1] United States v. Booker, 543 U.S. 738 (2005).

could not state a viable ineffective assistance of counsel claim based on his lawyer's failure to anticipate and make a Booker-type argument.  United States v. Ardley, 273 F.3d 991, 993 (11th Cir. 2001) (Carnes, J., concurring in the denial of rehearing en banc).  Defendant appealed, but the Eleventh Circuit denied a certificate of appealability and noted, among other things, that the § 2255 motion was untimely.  Doc. 357.

Petitioner's Rule 60(b) will be denied because the ruling that the § 2255 motion was untimely was not an error.  Moreover, given the denial of a certificate of appealability by the Eleventh Circuit, which found that the § 2255 motion was untimely, reconsideration of the matter by this Court is barred by the law of the case.  Brewer v. United States, No. 08-13188, 2009 WL 567249 (11th Cir. Mar. 6, 2009); Turner v. Howerton, No. 06-16268, 2007 WL 3082138, at*4 (Oct. 3. 2007).   Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Rule 60(b) Motion for Relief From Judgment (doc. 361) is denied.

DONE AND ORDERED this 21st day of April, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:94cr5036-SPM